**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-23551-BLOOM/Louis**

KERONE JACOBS,

     Plaintiff,

v.

JPMCB CARD SERVICES,

     Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

     **THIS CAUSE** is before the Court upon Magistrate Judge Lauren Fleischer Louis' Report and Recommendation, ECF No. [17]. The matter was assigned to Magistrate Judge Louis pursuant to Administrative Order 2025-11. Because Judge Louis did not possess authority to issue a dispositive order in this case, she issued a Report and Recommendations ("R&R") recommending that Plaintiff's Complaint be dismissed without prejudice because Plaintiff failed to serve Defendant within the time allotted by Rule 4(m) and failed to comply with the Court's Order ,ECF No. 14, or seek an extension of time within which to effectuate service. ECF No. [17] at 3.

     The Report and Recommendation advised the parties they had fourteen (14) days from the date of being served with a copy of the Report and Recommendation within which to file written objections, if any, with this Court. *Id.* To date, the parties have not filed objections, nor have they sought additional time to file objections. Nonetheless, the Court has conducted a *de novo* review of Judge Louis' Report and Recommendation and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Louis' Report and Recommendation to be well

Case No. 25-cv-23551-BLOOM/Louis

reasoned and correct. The Court therefore agrees with the analysis and concludes that Plaintiff's

Complaint is dismissed without prejudice.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.  The Report and Recommendation, **ECF No. [17]**, is **ADOPTED**.

2.  Plaintiff's Complaint, **ECF No. [1]**, is **DISMISSED WITHOUT PREJUDICE**.

3.  All pending motions are **DENIED AS MOOT**.

4.  The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers in Miami, Florida, on June 28, 2026.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

2